**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Tracy Brown d/b/a Rhinestones in Design v. Mesa Distributors, Inc

Appellate case number:      01-12-00476-CV

Trial court case number:   990817

Trial court:      County Civil Court at Law No. 3 of Harris County

     Appellant's motion to stay proceedings is dismissed as moot.

Judge's signature: /s/ <u>Justice Evelyn V. Keyes</u>
     ☑ Acting individually     ☐ Acting for the Court

Date: February 1, 2013